AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Central District of California

| | | |
|---|---|---|
| GAIA SHOHAM, individually and on behalf of all others similarly situated <br><br> *Plaintiff(s)* <br> v. <br> LOYOLA MARYMOUNT UNIVERSITY <br><br> *Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) ) | Civil Action No. 2:20-CV-04329 |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Loyola Marymount University
1 Loyola Marymount University Dr.
Los Angeles CA 90045


A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   John C. Bohren          Eric M. Poulin   (Pro Hac Vice Admission Pending)
501 W. Broadway       Roy T. Willey, IV (Pro Hac Vice Admission Pending)
Suite 800                    32 Ann Street
San Diego CA 92101    CHarleston SC 29403


If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____          _____
*Signature of Clerk or Deputy Clerk*